**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 392 MAL 2022

            Respondent                :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

         v.                      :

                            :

ERIC L. MAXWELL,                :

                            :

            Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.